IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HANNAH STRELCHENKO,

    Plaintiff,

v.

STATE OF WISCONSIN
DEPARTMENT OF REVENUE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-770-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant State of Wisconsin Department of Revenue against plaintiff Hannah Strelchenko dismissing this case.

| s/ K. Frederickson, Deputy Clerk | September 21, 2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |